UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bohua Yu,<br><br>       Plaintiff<br><br>       v.<br><br>X Vision Technology Limited<br><br>       Defendant | Case No. 23-cv-897<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Bohua Yu. ("Plaintiff" or "Yu"), by and through his undersigned counsels, J. Zhang and Associates, P.C., for its Complaint against Defendant, X Vision Technology Limited ("Defendant", or "X Vision"), alleges as follows:

## INTRODUCTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted 2-D artwork of the waterproof case Instruction Paper. The artwork is owned and registered by Yu, an individual. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 et seq.

## PARTIES

2. Plaintiff, Yu, is an individual residing in the People's Republic of China.

3. Upon information and belief, Defendant, X Vision, is a corporation with its principal office address at 5201 Phillip Lee Road, Atlanta, GA, 30336. See **Exhibit A**.

1

4. Upon information and belief, Defendant operates and conducts its business through the Amazon.com online marketplace platform under the name of "Hiearcool Direct". See **Exhibit B**, the screenshot of Defendant's Merchant Storefronts.

5. Upon information and belief, X Vision has and continues to sell its products, namely, the waterproof cases to the State of New York.

## JURISDICTION AND VENUE

6. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and § 1338, as the dispute between the parties presents a substantial question of federal law, including the Copyright Act, 17 U.S.C. § 101 *et seq*.

7. This Court has personal jurisdiction over Defendants because they regularly transact business in this Court's jurisdiction. They sell products through its storefront on Amazon.com. Further, Defendant has sold and sent relevant products to this forum.

8. Specifically, personal jurisdiction is established over Defendant because it purposefully availed itself to this District. It shipped the Waterproof case to New York County, New York State, which is within the geographic jurisdiction of this Court.

9. Venue is proper because the events giving rise to the claims occurred in this district. Notably, Defendant engaged in infringement in this district, and Defendant is subject to personal jurisdiction in this district.

## STATEMENTS OF FACTS

*Background and Plaintiff's Ownership*

10. Yu is the author of the artwork and has at all times been the sole owner of all right, title and interest in and to the artwork, including the copyright thereto.

11. The artwork was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-300-656, effective as of April 25, 2022 (the "Instruction Paper"). See **Exhibit C**, the true and correct copy of the Certificate of the artwork.

*Defendant's Infringing Activities*

12. In November 2022, Plaintiff noticed Defendant listing its waterproof case at Amazon.com using Plaintiff's copyrighted artwork.

13. Then, Plaintiff placed an order for a waterproof case, and it was successfully delivered to this district. See **Exhibit D**, the true and correct screenshot of Plaintiff's order.

14. Inside the waterproof case box, Defendant's own instruction paper was found. See **Exhibit E**, the true and correct screenshot of Defendant's product.

15. By observing and comparing, Defendant's instruction paper is an exact reproduction of Plaintiff's copyrighted artwork.

16. Plaintiff has not licensed nor permitted Defendant to use the artwork for its product.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT) (17 U.S.C. §§ 106, 501)**

17. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-15 above.

18. Defendant infringed Plaintiff's copyright in the artwork by reproducing and publicly displaying the artwork in its product, namely the waterproof case. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the artwork.

19. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

20. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

21. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

22. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the artworks, pursuant to 17 U.S.C. § 504(c).

23. Plaintiff is further entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

24. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays for the following reliefs:

1. That Defendant X Vision be adjudged to have infringed upon Plaintiff's copyright in the artwork in violation of 17 U.S.C §§ 106 and 501;

2. That Defendant X Vision be ordered to remove its listing from the Amazon.com;

3. That Plaintiff be awarded either: (a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's

artwork; or (b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

5. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated  February 2, 2023

                                      Respectfully submitted.

                                      J. Zhang and Associates, P.C.

*/s/ Jiyuan Zhang*
By: Jiyuan Zhang, Esq
136-20 38th Avenue, # 11G,
Flushing, NY 11354
Tel: 607-948-3339
contact@jzhanglaws.com

***Attorney for Plaintiff***

5