```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bohua Yu,

        Plaintiff,

-against-

X Vision Technology Limited,

        Defendant.

1:23-cv-00897 (SDA)

ORDER OF DISMISSAL

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It having been reported to this Court that this case has been settled (*see* 6/10/2024 Letter, ECF No. 40), it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
            June 11, 2024

_____
STEWART D. AARON
United States Magistrate Judge